**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Hady Traore                                CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-12714 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 and index same on the master mailing list.

                                                         Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
13 Sep 2023, 17:09:19, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322