IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Hady Traore : CHAPTER 13 :

    Debtor     NO. 23-12714

**ORDER**

AND NOW, this 27th day of September, 2023, it is hereby ORDERED that the Motion to Extend Time to File Schedules and Other Documents is GRANTED.  Debtor shall have until October 15, 2023 to file all documents necessary to complete the Chapter 13 case.

_____

MAGDELINE D. COLEMAN   J.
Chief Bankruptcy Judge