*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Hady Traore
　　Debtor(s)

Case No: 23–12714–mdc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the third installment payment in the amount of $80.00.

will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

　　on: 1/16/24

　　at: 10:30 AM

　　in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

　　　　　　For The Court

　　　　　　Timothy B. McGrath
　　　　　　Clerk of Court

Dated: December 29, 2023

28
Form 175